JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HUGHES,<br>　　Plaintiff,<br><br>　　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | ) CASE NO. 5:22-cv-01777-SK<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  May 22, 2023

　　　　　　　　　　　　　　　　 /s/ Steve Kim
　　　　　　　　　　　　　　HONORABLE STEVE KIM
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE